UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

REFUGIO RAMOS,

    Plaintiff,

vs.    Case No.: 15-CV-00980-MV-CG

JAJ EQUIPMENT, INC. formerly known as
REEVES ROOFING EQUIPMENT CO., INC. a/k/a
REEVES ROOFING COMPANY, LLC,
JOE REEVES, JOHN REEVES, AMY REEVES-PERRY,
JNR ENTERPRISES, INC.
GREAT NORTHERN BUILDING PRODUCTS,
GREAT NORTHERN HOLDING, LLC,
HARRISONVILLE EQUIPMENT COMPANY a/k/a HECO,
NOVA GROUP HOLDINGS, LLC, and C. ORTIZ, CORP.,

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT NOVA GROUP HOLDINGS, LLC

Based upon Plaintiff's Motion of Dismissal as to Nova Group Holdings, LLC, it is ORDERED that all of the claims asserted herein by Plaintiff against Nova Group Holdings, LLC are hereby dismissed without prejudice.

SO ORDERED.

SIGNED this 31st day of March, 2017.

_____
**MARTHA VAZQUEZ**
United States District Judge