## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

REFUGIO RAMOS,

    Plaintiff,

v.        CIV No. 15-0980 MV/CG

FOAM AMERICA, INC., et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Agreed Motion to Extend Deadlines and Trial*, (Doc. 142), filed May 17, 2017. The Court, noting that the Motion is filed jointly, having heard oral argument on the Motion, and being otherwise fully advised, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Scheduling Order is hereby modified and the deadlines in this case are extended as follows:

1. Plaintiff's expert disclosure deadline is extended to **September 4, 2017**;
2. Defendants' expert disclosure deadline is extended to **October 4, 2017**;
3. The discovery deadline is extended to **December 22, 2017**;
4. The deadline for motions related to discovery is extended to **January 19, 2018**;
5. The deadline for pretrial motions, other than discovery motions, is extended to **February 2, 2018**;
6. Plaintiff's deadline to submit a Pretrial Order to Defendant is extended to **March 2, 2018**; and
7. Defendants' deadline to submit the Pretrial Order to the Court is extended to **March 16, 2018**.

The Court will not grant any further extensions in this case.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE