IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REFUGIO RAMOS,

    Plaintiff,

v.                                                                               CIV No. 15-0980 MV/CG

FOAM AMERICA, INC., et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Unopposed Motion to Extend Discovery Deadlines*, (Doc. 205), filed December 14, 2017. The Court, having considered the Motion and noting that it is unopposed, finds that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Scheduling Order is hereby modified and the deadlines in this case are extended as follows:

1. The discovery deadline is extended to **February 22, 2017**;

2. The deadline for motions related to discovery is extended to **March 22, 2018**;

3. The deadline for pretrial motions, other than discovery motions, is extended to **April 2, 2018**;

4. Plaintiff's deadline to submit a Pretrial Order to Defendants is extended to **May 2, 2018**; and

5. Defendants' deadline to submit the Pretrial Order to the Court is extended to **May 16, 2018**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE