# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

REFUGIO RAMOS,

    Plaintiff,

v.                                                                                                           CV No. 15-980 CG/KRS

FOAM AMERICA, INC., et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

**THIS MATTER** is before the Court on *Defendants Great Northern Holding, LLC and Harrisonville Equipment Company's Motion for Summary Judgment on Count I - Strict Liability*, (Doc. 181), filed October 2, 2017, and on Defendants Reeves Roofing Equipment Co., Inc., JNR Enterprises, Inc., Joe Reeves, John Reeves and Amy Reeves' (the "Reeves Defendants") *Notice of Joinder*, (Doc. 194), filed October 16, 2017. Defendants Great Northern Holding, LLC ("Great Northern"), Harrisonville Equipment Company ("HECO"), and the Reeves Defendants through their notice of joinder, ask the Court to dismiss Plaintiff's strict liability claim against them because that claim is barred by the federal enclave doctrine. The Court has already dismissed Plaintiff's strict liability claim against Great Northern and HECO, (Doc. 229), and has dismissed the Reeves Defendants for lack of jurisdiction, (Doc. 220). Therefore, the Court **FINDS** that *Defendants Great Northern Holding, LLC and Harrisonville Equipment Company's Motion for Summary Judgment on Count I - Strict Liability*, (Doc. 181), is **MOOT**.

    **IT IS SO ORDERED.**

                                                        _____
                                                         THE HONORABLE CARMEN E. GARZA
                                                         CHIEF UNITED STATES MAGISTRATE JUDGE