IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REFUGIO RAMOS,

    Plaintiff,

v.                                         CIV No. 15-0980 CG/KRS

FOAM AMERICA, INC., et al.,

    Defendants.

### ORDER GRANTING PLAINTIFF'S UNOPPOSED
### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

**THIS MATTER** is before the Court on *Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants Great Northern Holding and HECO's Motion for Summary Judgment as to County IV of Plaintiff's Complaint Alleging Reckless, Willful and Wanton Conduct (Doc. 235)*, (Doc. 238), filed May 15, 2018. The Court, having read the motion, noting it is unopposed, and being otherwise fully advised, finds that the motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendants Great Northern Holding and HECO's Motion for Summary Judgment as to County IV of Plaintiff's Complaint Alleging Reckless, Willful and Wanton Conduct (Doc. 235)*, (Doc. 238), is **GRANTED**, and Plaintiff's response to the motion for summary judgment (Doc. 235) is due by May 25, 2018.

 

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE