IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REFUGIO RAMOS,

    Plaintiff,

v.                                                CV No. 15-980 CG/KRS

FOAM AMERICA, INC., et al.,

    Defendants.

## FINAL JUDGMENT

**THE COURT** enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Pursuant to the Court's Orders, (Docs. 220, 229, 249, and 253), this cause of action is **DISMISSED WITHOUT PREJUDICE** as to Defendants Reeves Roofing Equipment Co., Inc., JNR Enterprises, Inc., Joe Reeves, John Reeves, and Amy Reeves, and is **DISMISSED WITH PREJUDICE** as to all other Defendants.

    **IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE